MIDTRONICS, INC., Plaintiff–Appellee,

v.

AURORA PERFORMANCE PRODUCTS LLC (Doing Business as Argus Analyzers) and BPPower, Inc., Defendants–Appellants.

No. 2011–1589.

United States Court of Appeals, Federal Circuit.

Aug. 20, 2012.

Robert Loren Wagner, Picadio Sneath Miller & Norton, P.C., of Pittsburgh, PA, argued for the plaintiff-appellee. Of counsel on the brief were James R. Burdett and Richard B. Lazarus, Barnes & Thornburg, LLP, of Washington, DC.

Craig M. Scott, Scott & Bush Ltd., of Providence, Rhode Island, argued for the defendants-appellants. With him on the brief was Christine K. Bush.

NEWMAN, LOURIE, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.